**Order entered September 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00936-CR

**BEDROS NOBAR MINASSIAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-54609-P**

## ORDER

The Court **GRANTS** court reporter Lizabeth Kellett's September 10, 2013 request for an extension of time to file the reporter's record. We **ORDER** Ms. Kellett to file the reporter's record within **THIRTY DAYS** of the date of this order.

The record before the Court does not contain the trial court's certification of appellant's right to appeal following the revocation of his community supervision. Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal that accurately reflects the trial court proceedings and to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the completed certification.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court; Lizabeth Kellett, official court reporter, 203rd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; and counsel for all parties.

/s/     DAVID EVANS
           JUSTICE